UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHAD BRELAND,    JUDGMENT
                 05-CV- 4076 (ARR)

                Petitioner,

   -against-

DALE ARTUS,

                Respondent.
-----------------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 29, 2006, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.


Dated: Brooklyn, New York
       March 31, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court